■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAJSHEEM J. RICHARDSON, Appellant. (Appeal No. 2.) [17 NYS3d 366]—Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered May 24, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Richardson* ([appeal No. 1] 132 AD3d 1313 [2015]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.